## Richardson, Appellant, v. Frick Company, Inc.

Argued January 12, 1938. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN and STERN, JJ.

*Abraham Wernick*, for appellant.

*Warwick Potter Scott, Knox Henderson* and *Ballard, Spahr, Andrews & Ingersoll*, for appellee, were not heard.

PER CURIAM, January 31, 1938:
We are all agreed that the action of the court below in entering judgment n. o. v. was correct. Appellant's evidence failed to establish a commission contract with appellee. A review of the record shows that all the testimony of appellant is utterly inconsistent with the existence of the alleged contract. As the parties alone are interested in the facts, it is unnecessary to detail the evidence and their contentions.
Judgment affirmed.